Felsenfeld v Rogers (2022 NY Slip Op 51143(U))

[*1]

Felsenfeld v Rogers

2022 NY Slip Op 51143(U) [77 Misc 3d 128(A)]

Decided on November 3, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 3, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, P.J., ELIZABETH H. EMERSON, TIMOTHY
S. DRISCOLL, JJ

2021-679 W C

Steven Felsenfeld, Appellant,
against
Jessica Rogers, Respondent. 

Steven Felsenfeld, appellant pro se.
Jessica Rogers, respondent pro se.

Appeal, on the ground of inadequacy, from a judgment of the Justice Court of the
Town of Ossining, Westchester County (Jeffrey W. Gasbarro, J.), entered September 27,
2021. The judgment, after a nonjury trial, awarded landlord the sum of $1,598.11 in a
summary proceeding commenced pursuant to RPAPL 711.

ORDERED that the judgment is reversed, without costs, and the matter is remitted to
the Justice Court for the entry of an appropriate final judgment.
In this RPAPL 711 summary proceeding, a money judgment was entered on
September 27, 2021, after a nonjury trial, awarding landlord the sum of $1,598.11 in
unpaid rent.
On appeal, landlord argues that he is entitled to a larger award of unpaid rent under
the subject lease. However, we do not reach the merits of landlord's contention, as the
money judgment was improperly entered, and cannot stand, as there was no concomitant
award of possession to landlord (see Javaherforoush v Sherrard, 74 Misc 3d 137[A], 2022
NY Slip Op 50307[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2022]; Carney Realty Corp. v Elite Tent
& Party Rental, 73 Misc 3d 141[A], 2021 NY Slip Op 51197[U] [App
Term, 2d Dept, 9th & 10th Jud Dists 2021]; 615 Nostrand Ave. Corp. v Roach, 15 Misc 3d 1, 4 [App
Term, 2d Dept, 2d & 11th Jud Dists 2006]).
Accordingly, the judgment is reversed and the matter is remitted to the Justice Court
for the entry of a final judgment either in landlord's favor, which would include an award
of possession, or in tenant's favor, dismissing the petition, whichever is appropriate under
the circumstances.
GARGUILO, P.J., EMERSON and DRISCOLL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 3,
2022